1 JERROLD ABELES (SBN 138464)
DAVID G. BAYLES (SBN 208112)
2 **ARENT FOX LLP**
555 West Fifth Street, 48th Floor
3 Los Angeles, CA 90013-1065
Telephone: 213.629.7400
4 Facsimile: 213.629.7401

5 Attorneys for Plaintiff
ALL POINTS CAPITAL CORP., a New York
6 corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL POINTS CAPITAL CORP., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL METAL PRODUCTS, INC., an Alaska corporation; PACIFIC ROLLFORMING, LLC, an Alaska limited liability company; RIDGETOP HAWAII, INC., an Hawaiian corporation; RIDGETOP ROOFING AND GUTTER, INC., an Alaska corporation; ROBERT OLLMAN, a citizen of the State of Wisconsin; BORIS GOKHMAN, a citizen of the State of Wisconsin; VLADIMIR SHUK, a citizen of the State of Wisconsin; and TODD BEASLEY, a citizen of the State of Alaska,<br><br>Defendants. | Case No. C 08-04394 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**<br><br>**CURRENT Case Management Conference:**<br><br>Date: January 8, 2009<br>Time: 3:30 P.M.<br>Place: Courtroom 6<br>17th Floor<br>United States District Courthouse<br>450 Golden Gate Ave.<br>San Francisco, California<br><br>**PROPOSED Case Management Conference:**<br>Date: ~~March 12, 2009~~ March 19, 2009 |

WHEREAS Plaintiff All Points Capital Corp., a New York corporation ("Plaintiff"), is represented by Arent Fox LLP, by attorneys in the New York and Los Angeles offices of the firm;

WHEREAS Defendants Architectural Metal Products, Inc., an Alaska corporation, Pacific Rollforming, LLC, an Alaska limited liability company, Ridgetop Hawaii, Inc., an Hawaiian corporation, Ridgetop Roofing and Gutter, Inc., an Alaska corporation, and Todd Beasley, a citizen of the State of Alaska (sometimes collectively referred to herein as the "Beasley Defendants") are represented by Frederick Phillips, an attorney whose office is in San Diego, California,

WHEREAS Defendant Boris Gokhman, a citizen of the State of Wisconsin is appearing *Pro Se* in this action ("Defendant Gokham"),

WHEREAS Defendant Vladimir Shuk, a citizen of the State of Wisconsin is also appearing *Pro Se.* in this action ("Defendant Shuk"); and

WHEREAS the parties are attempting to negotiate a stipulated judgment, all of the parties have expressed a willingness to resolve this dispute by a stipulated judgment, and the parties desire additional time for their negotiations to proceed without the added expense of traveling to San Francisco for the joint case management conference currently set for January 8, 2009;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 2 -
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
NYC/416934.1

///

NOW THEREFORE, the parties stipulate and agree that, subject to the approval of the Court, the case management conference shall be continued for approximately sixty days until March 12, 2009, at 3:30 p.m. in Courtroom 6 of the above-entitled Court, or until such other date and time as may be convenient for the Court.

Dated: December 29, 2008         Arent Fox LLP

                                 By: ____/s/_____
                                    DAVID G. BAYLES
                                    Attorneys for Plaintiff
                                    ALL POINTS CAPITAL CORP.

Dated: December 29, 2008         By: ____/s/_____
                                    FREDERICK PHILLIPS, on behalf of
                                    Architectural Metal Products,
                                    Rollforming, LLC, Ridgetop Hawaii, Inc.,
                                    Ridgetop Roofing and Gutter, Inc., and
                                    Todd Beasley

Dated: December 29, 2008         By: ____/s/_____
                                    BORIS GOKHMAN, *Pro Se*

Dated: December 29, 2008

                                 By: ____/s/_____
                                    VLADIMIR SHUK, *Pro Se*

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties set forth above and GOOD CAUSE appearing therefore, the case management conference in the above-referenced action currently set for January 8, 2009, is hereby continued until March ~~12,~~ 19, 2009, at 3:30 p.m. or _____ in Courtroom 6 of the above-entitled Court, or.

IT IS SO ORDERED.

Dated 12/30/2008                 _____
                                 Vaughn R. Walker
                                 United States District Judge

*GRANTED — Judge Vaughn R Walker*

- 3 -
STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
NYC/416934.1

ALL POINTS CAPITAL v. ARCHITECTURAL METAL PRODUCTS
CASE NO.: C 08-04394 VRW
USDC, NORTHERN DISTRICT, SAN FRANCISCO
PROOF OF SERVICE

I am a citizen of the United States. My business address is ARENT FOX LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On December 29, 2008 I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all parties appearing on the docket sheet:

**Stipulation and [Proposed] Order to Continue The Case Management Conference**

(BY FAX) by transmitting via facsimile from facsimile number (213) 629-7401 the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to this Proof of Service.

X  (BY MAIL) I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) listed below, or as stated on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

(BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) listed below or as stated in the attached service list.

(BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) listed below or as stated on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

X  (BY ECF) I caused said documents to be transmitted using the Court's ECF system.

**SEE ATTACHED SERVICE LIST**

X  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on December 29, 2008, at Los Angeles, California.

Barbara Anderson

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON

NYC/416252.1

| | |
|---|---|
| Frederick C. Phillips, Esq.<br>Philllips, Haskett & Ingwalson<br>701 "B" Street, Suite 1190<br>San Diego, CA 92101<br>Tel.: (619) 231-3737<br>Fax: (619) 233-1223<br><br>Via ECF | Vladimir Shuk in Pro Per<br>New Land<br>1840 North Farwell Avenue, #203<br>Milwaukee, WI 53202<br>**Via U. S. Mail**<br><br>Boris Gokhman in Pro Per<br>New Land<br>1840 North Farwell Avenue, #203<br>Milwaukee, WI 53202<br>**Via U.S. Mail** |

ARENT FOX LLP
ATTORNEYS AT LAW
WASHINGTON