David G. Bayles (SBN 208112)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: (213) 629-7400
Facsimile: (213) 629-7401

Attorney for Plaintiff
ALL POINTS CAPITAL CORP., a New York
corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ALL POINTS CAPITAL CORP., a New York Corporation,,<br><br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL METAL PRODUCTS, INC., an Alaska corporation; PACIFIC ROLLFORMING, LLC, an Alaska limited liability company; RIDGETOP HAWAII, INC., an Hawaiian corporation; RIDGETOP ROOFING AND GUTTER, INC., an Alaska corporation; ROBERT OLLMAN, a citizen of the State of Wisconsin; BORIS GOKHMAN, a citizen of the State of Wisconsin; and TODD BEASLEY, a citizen of the State of Alaska.,<br><br>Defendants. | Case No.: C 08-04394 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**CURRENT Case Management Conference:**<br><br>Date: March 19, 2009<br>Time: 3:30 P.M.<br>Judge: Courtroom 6<br>17th Floor<br>United States District Courthouse<br>450 Golden Gate Avenue<br>San Francisco, California<br><br>**PROPOSED Case Management Conference:**<br><br>Date: May 21, 2009 |

VEDDER PRICE P.C.
ATTORNEYS AT LAW
NEW YORK

NEWYORK/#210006.1

WHEREAS Plaintiff All Points Capital Corp., a New York corporation ("Plaintiff"), is represented by Arent Fox LLP, by attorneys in the New York and Los Angeles offices of the firm;

WHEREAS Defendants Architectural Metal Products, Inc., an Alaska corporation, Pacific Rollforming, LLC, an Alaska limited liability company, Ridgetop Hawaii, Inc., an Hawaiian corporation, Ridgetop Roofing and Gutter, Inc., an Alaska corporation, and Todd Beasley, a citizen of the State of Alaska (sometimes collectively referred to herein as the "Beasley Defendants") are represented by Frederick Phillips, an attorney whose office is in San Diego, California,

WHEREAS Defendant Boris Gokhman, a citizen of the State of Wisconsin is appearing Pro Se in this action ("Defendant Gokhman"),

WHEREAS Defendant Vladimir Shuk, a citizen of the State of Wisconsin is also appearing Pro Se. in this action ("Defendant Shuk"); and

WHEREAS the parties are continuing to negotiate a stipulated judgment, all of the parties have expressed a willingness to resolve this dispute by a stipulated judgment, and the parties desire additional time for their negotiations to proceed without the added expense of traveling to San Francisco for the joint case management conference currently set for March 19, 2009;

NOW THEREFORE, the parties stipulate and agree that, subject to the approval of the Court, the case management conference shall be continued for approximately sixty days until May ___, 2009, at 3:30 p.m. in Courtroom 6 of the above-entitled Court, or until such other date and time as may be convenient for the Court.

Dated:            Arent Fox LLP

By:_____
DAVID G. BAYLES
Attorneys for Plaintiff
ALL POINTS CAPITAL CORP.

Dated:            By:_____
FREDERICK PHILLIPS, on behalf of Architectural Metal Products, Rollforming, LLC, Ridgetop Hawaii, Inc., Ridgetop Roofing and Gutter, Inc., and Todd Beasley

Dated: 03/08/09      By:_____
BORIS GOKHMAN, Pro Se

Dated: 3/8/09      By:_____
VLADIMIR SHUK, Pro Se

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties set forth above and GOOD CAUSE appearing therefore, the case management conference in the above-referenced action currently set for March ___, 2009, is hereby continued until May ___, 2009, at 3:30 p.m. or _____ in Courtroom 6 of the above-entitled Court.

IT IS SO ORDERED.

Dated:_____

The Hon. Vaughn R. Walker
United States District Judge

VEDDER PRICE P.C.
ATTORNEYS AT LAW
NEW YORK

3

NEWYORK#210006.1

1  NOW THEREFORE, the parties stipulate and agree that, subject to the approval of the
2  Court, the case management conference shall be continued for approximately sixty days until
3  May __, 2009, at 3:30 p.m. in Courtroom 6 of the above-entitled Court, or until such other date
4  and time as may be convenient for the Court.

5  Dated:                                                    Arent Fox LLP

7                                                            By: _____
                                                                 DAVID G. BAYLES
8                                                                Attorneys for Plaintiff
                                                                 ALL POINTS CAPITAL CORP.

9  Dated: 3-6-09                                             By: _____
10                                                               FREDERICK PHILLIPS, on behalf of
                                                                 Architectural Metal Products,
11                                                               Rollforming, LLC, Ridgetop Hawaii,
                                                                 Inc., Ridgetop Roofing and Gutter, Inc.,
12                                                               and Todd Beasley

13 Dated:                                                    By: _____
14                                                               BORIS GOKHMAN, *Pro Se*

15 Dated:                                                    By: _____
                                                                 VLADIMIR SHUK, *Pro Se*
16

17                                      **[PROPOSED] ORDER**

18
           Pursuant to the stipulation of the parties set forth above and GOOD CAUSE appearing
19
   therefore, the case management conference in the above-referenced action currently set for
20
   March __, 2009, is hereby continued until May __, 2009, at 3:30 p.m. or _____ in
21
   Courtroom 6 of the above-entitled Court.
22
   IT IS SO ORDERED.
23
   Dated: _____
24
                                                             _____
                                                             The Hon. Vaughn R. Walker
25                                                           United States District Judge

3

NEW YORK #210006 1

NOW THEREFORE, the parties stipulate and agree that, subject to the approval of the Court, the case management conference shall be continued for approximately sixty days until May 21, 2009, at 3:30 p.m. in Courtroom 6 of the above-entitled Court, or until such other date and time as may be convenient for the Court.

Dated: 3/9/09

Arent Fox LLP

By: /s/
DAVID G. BAYLES
Attorneys for Plaintiff
ALL POINTS CAPITAL CORP.

Dated:

By:_____
FREDERICK PHILLIPS, on behalf of Architectural Metal Products, Rollforming, LLC, Ridgetop Hawaii, Inc., Ridgetop Roofing and Gutter, Inc., and Todd Beasley

Dated:

By:_____
BORIS GOKHMAN, *Pro Se*

Dated:

By:_____
VLADIMIR SHUK, *Pro Se*

#### [PROPOSED] ORDER

Pursuant to the stipulation of the parties set forth above and GOOD CAUSE appearing therefore, the case management conference in the above-referenced action currently set for March 19, 2009, is hereby continued until May 21, 2009, at 3:30 p.m. or _____ in Courtroom 6 of the above-entitled Court.

IT IS SO ORDERED.

Dated: 3/10/2009

_____
The Hon. Vaughn R. Walker
United S[tates]

**GRANTED**
Judge Vaughn R Walker

NEWYORK/#210006.1

Vedder Price P.C.
Attorneys At Law
New York

**ALL POINTS CAPITAL V. ARCHITECTURAL METAL PRODUCTS**
**CASE NO.: C 08-04394 VRW**
**USDC, NORTHERN DISTRICT, SAN FRANCISCO**
**PROOF OF SERVICE**

I am a citizen of the United States. My business address is ARENT FOX LLP, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013. I am employed in the county of Los Angeles where this service occurs. I am over the age of 18 years, and not a party to the within cause.

On March 9, 2009, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all parties appearing on the docket sheet:

**Stipulation and [Proposed] Order to Continue The Case Management Conference**

(BY FAX) by transmitting via facsimile from facsimile number (213) 629-7401 the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. A statement that this document was successfully transmitted without error is hereby attached to this Proof of Service.

☒ **(BY MAIL)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business. On this date, I placed the document(s) in envelopes addressed to the person(s) listed below, or as stated on the attached service list and sealed and placed the envelopes for collection and mailing following ordinary business practices.

(BY PERSONAL SERVICE) On this date, I delivered by hand envelope(s) containing the document(s) to the persons(s) listed below or as stated in the attached service list.

(BY OVERNIGHT DELIVERY) On this date, I placed the documents in envelope(s) addressed to the person(s) listed below or as stated on the attached service list, and caused those envelopes to be delivered to an overnight delivery carrier, with delivery fees provided for, for next-business-day delivery to whom it is to be served.

☒ **(BY ECF)** I caused said documents to be transmitted using the Court's ECF system.

| | |
|---|---|
| 1 | **SEE ATTACHED SERVICE LIST** |
| 2 | ☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct. |
| 3 | |
| 4 | Executed on March 9, 2009, at Los Angeles, California. |

_____
Gladys Madrid

Frederick C. Phillips, Esq.
Philllips, Haskett & Ingwalson
701 "B" Street, Suite 1190
San Diego, CA 92101
Tel.: (619) 231-3737
Fax: (619) 233-1223

**Via ECF**

Vladimir Shuk in Pro Per
New Land
1840 North Farwell Avenue, #203
Milwaukee, WI 53202

**Via U. S. Mail**

Boris Gokhman in Pro Per
New Land
1840 North Farwell Avenue, #203
Milwaukee, WI 53202

**Via U.S. Mail**