**United States District Court**
For the Northern District of California

1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9   ALL POINTS CAPITAL CORP,              No   C-08-04394 VRW

10          Plaintiff,                        ORDER

11          v

12  ARCHITECTURAL METAL PRODUCTS,
    INC, PACIFIC ROLLFORMING, LLC,
13  RIDGETOP HAWAII, INC, RIDGETOP
    ROOFING AND GUTTER, INC, ROBERT
14  OLLMAN, BORIS GOKHMAN, VLADIMIR
    SHUK and TODD BEASLEY
15

16          Defendants.
    _____/
17

18          Plaintiff All Points Capital Corporation filed this

19  action on September 19, 2008.  Doc #1.  On November 11, 2008,

20  plaintiff filed proof of service on seven of the eight defendants

21  listed in the complaint: Boris Gokhman, Vladimir Shuk, Todd

22  Beasley, Ridgetop Hawaii, Pacific Rollforming LLC, Architectural

23  Metal Products and Ridgetop Roofing and Gutter.  Doc ## 10-16.

24  Plaintiff has not filed proof of service on defendant Robert

25  Ollman.

26          Plaintiff moved for summary judgment or alternatively for

27  summary adjudication on April 10, 2009.  Doc #31.  Pursuant to

28  Civil L R 7-3(a), defendants had until April 30, 2009 to file a

memorandum in opposition to plaintiff's motion.  None of the
defendants filed a memorandum in opposition or a statement of
nonopposition.

The hearing set for May 21 on plaintiff's motion is
VACATED.  Defendants shall serve and file a memorandum in
opposition to plaintiff's motion not later than May 28; failure to
comply will be deemed grounds to grant summary judgment against the
seven defendants that have been served.  No hearing or oral
argument on the motion shall be conducted without further order of
the court.

Under FRCP 4(m), "[i]f a defendant is not served within
120 days after the complaint is filed, the court ⸺ on motion or on
its own after notice to the plaintiff ⸺ must dismiss the action
without prejudice against the defendant or order that service be
made within a specified time."  Because more than 120 days have
passed since plaintiff filed this action and there is no record
that Ollman has been served, plaintiff IS DIRECTED to file proof of
service on Ollman or show good cause for the failure to serve
Ollman not later than May 28.  If plaintiff fails to comply, the
court will dismiss the action without prejudice against Ollman
pursuant to FRCP 4(m).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge