IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL POINTS CAPITAL CORP, | No   C-08-04394 VRW |
| Plaintiff, | ORDER |
| v | |
| ARCHITECTURAL METAL PRODUCTS, INC, PACIFIC ROLLFORMING, LLC, RIDGETOP HAWAII, INC, RIDGETOP ROOFING AND GUTTER, INC, ROBERT OLLMAN, BORIS GOKHMAN, VLADIMIR SHUK and TODD BEASELY | |
| Defendants. | |

On September 19, 2008, plaintiff All Points Capital Corporation filed this action. Doc #1. On November 11, 2008, plaintiff filed proof of service on seven of the eight defendants listed in the complaint: Boris Gokhman, Vladimir Shuk, Todd Beasley, Ridgetop Hawaii, Inc, Pacific Rollforming, LLC,

Architectural Metal Products, Inc and Ridgetop Roofing and Gutter, Inc.  Doc ## 10-16.  Plaintiff has not filed proof of service on defendant Robert Ollman.

Plaintiff moved for summary judgment or alternatively for summary adjudication on April 10, 2009.  Doc #31.  On May 18, 2009, the court ordered defendants to respond to plaintiff's motion not later than May 28.  Doc #34.  Defendants did not file a memorandum in opposition or a statement of nonopposition to plaintiff's motion by the ordered date.  On June 30, 2009, the court granted plaintiff's motion for summary judgment with respect to all defendants served as of August 5, 2008 in the amount of $475,417.68, together with per diem interest in the amount of $300.80, attorney fees as of March 25, 2009 in the amount of $33,134.53, rent charges in the amount of $3,500.00 and post-judgment interest from the date of entry of the judgment.  Doc #36.  The court dismissed the action against defendant Ollman for failure to serve.  Doc #36.

On July 14, 2009, plaintiff moved for leave to file a motion for reconsideration, or, in the alternative, to modify the order granting summary judgment.  Doc #37.  Plaintiff requested that the court modify its June 30 order to include turnover of collateral.  Doc #37.  Plaintiff's motion advised the court that on April 16, 2009 an involuntary bankruptcy petition was filed in the United States Bankruptcy Court, Northern District of California, against defendant Pacific Rollforming.  Doc #37.

Accordingly, defendants shall respond to plaintiff's motion (Doc #37) on or before September 24, 2009.  If defendants do not respond, the court will issue a stay as to the Pacific

1  Rollforming bankruptcy proceeding titled <u>In re:  Pacific
2  Rollforming, LLC</u>, Case No 09-43135 (EDJ).

      IT IS SO ORDERED.

```
                              VAUGHN R WALKER
                              United States District Chief Judge
```