IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALL POINTS CAPITAL CORP,<br><br>    Plaintiff,<br><br>    v<br><br>ARCHITECTURAL METAL PRODUCTS, INC, PACIFIC ROLLFORMING, LLC, RIDGETOP HAWAII, INC, RIDGETOP ROOFING AND GUTTER, INC, ROBERT OLLMAN, BORIS GOKHMAN, VLADIMIR SHUK and TODD BEASLEY<br><br>    Defendants.<br>_____/ | No   C-08-04394 VRW<br><br>ORDER |

        On June 30, 2009, the court granted plaintiff's motion for summary judgment against defendants in the above-captioned case.  Doc #36.  On November 5, the court modified its June 30 order and directed the clerk to enter judgment.  Doc #41.

        On November 6, the clerk entered judgment for plaintiff against, jointly and severally, Architectural Metal Products, Inc, Pacific Rollforming, LLC, Ridgetop Hawaii, Inc, Ridgetop Roofing and Gutter, Inc, Boris Gokhman, Vladimir Shuk and Todd Beasley in the amount of $475,417.68, together with per diem interest in the amount of $300.80; attorney fees as of March 25, 2009 in the amount

of $33,134.53; rent charges in the amount of $3,500.00; and post-judgment interest.  Doc #42.

On November 30, defendant Pacific Rollforming, LLC received a $35,000 attorney fee award in a bankruptcy proceeding entitled <u>In re Pacific Rollforming, LLC d/b/a  Trakloc Pacific</u>, 09-43135 (Br ND Ca).  Doc #47, Exh C.  Plaintiff now moves, ex parte, for an order directing Pacific Rollforming, LLC to transfer its $35,000 attorney fee award to plaintiff on the grounds that plaintiff has an unpaid judgment against Pacific Rollforming, LLC and that plaintiff has no other means of collection.  Doc #47.

Upon consideration of plaintiff's motion, defendant Pacific Rollforming, LLC is ORDERED TO SHOW CAUSE on or before January 6, 2010 in a writing of no more than ten pages why it should not be directed to turn over the attorney fee awarded in its bankruptcy case in satisfaction of judgment entered against it in this case.

Furthermore, Pacific Rollforming, LLC and persons acting in concert with it are HEREBY RESTRAINED AND ENJOINED from directly or indirectly disposing of the $35,000 attorney fee pending resolution of this matter.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge